PROB 35A

# ORDER TERMINATING TERM OF SUPERVISED RELEASE
## PRIOR TO EXPIRATION DATE - NOTICE OF DEATH

---

## UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **Docket Number: 1:05CR00148-002 OWW** |
| | ) | |
| **RICARDO OSORIO** | ) | |
| _____ | ) | |

On August 14, 2006, the above-named was ordered to serve 70 months in the custody of the Bureau of Prisons and, upon release, he was to serve 5 years (60 months) Supervised Release.

On February 16, 2010, this office was notified by Michael Miller, Acting Warden at Corrections Corporation of America (Bureau of Prisons contract facility) that Ricardo Osorio was confirmed dead by Evonne D. Reed, the Deputy Coroner of Los Angeles County on February 6, 2010. A copy of the notification is on file. It is accordingly recommended this case be closed.

Respectfully submitted,

/s/ Rick C. Louviere

### RICK C. LOUVIERE
### Supervising United States Probation Officer

Dated:     March 4, 2010
             Fresno, California
             RCL

**REVIEWED BY:**     /s/ James E. Herbert_____
                   **JAMES E. HERBERT**
                   **Assistant Deputy Chief United States Probation Officer**

1

Re:   **RICARDO OSORIO**
      **Docket Number:   1:05CR00148-002 OWW**
      **ORDER TERMINATING TERM OF SUPERVISED RELEASE**
      **PRIOR TO EXPIRATION DATE - NOTICE OF DEATH**

## ORDER OF COURT

It appearing that Ricardo Osorio is deceased, it is hereby ordered the proceedings in this case be terminated and the case closed.

 IT IS SO ORDERED.

**Dated:    March 5, 2010**                   _____/s/ Oliver W. Wanger_____
                                              UNITED STATES DISTRICT JUDGE

Rev. 05/2007
EARLY TERMINATION ~ ORDER (DEATH) (PROB35A).MRG